

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Simeon Washa Amen Ra, Ex rel
SIMEON LEWIS
Plaintiff

vs.

INTERNAL REVENUE SERVICE,
UNITED STATES
Defendant, Respondent

Case No: 14-cv-8295

Honorable John Z. Lee

**FILED**

SEP 1 5 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO: Prashant Kolluri
United States Attorney's Office
219 South Dearborn Street
5th Floor
Chicago, IL 60604

TO: Bradley A. Sarnell
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington D.C. 20044

PLEASE TAKE NOTICE that on September 23 at 9:00 AM or as soon as thereafter as I may be heard, I shall appear before the Honorable Judge John Z. Lee, or whomever may be sitting in his stead in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn St., Chicago, Illinois, and then and there present plaintiff's **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ simeon washa amen ra
P.O. Box 199273
Chicago, Illinois 60619

1