Simeon Washa Amen Ra
                        Plaintiff,

v.                                                 Case No.: 1:14–cv–08295
                                                        Honorable John Z. Lee

Internal Revenue Service
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

      MINUTE entry before the Honorable John Z. Lee: For the reasons provided in the order, the Court denies Amen Ra's motion for reconsideration [21]. [For further details see separate order.]Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.