# *SPECIAL AND PRIVATE*

## In The Chancery Division of the federal circuit court of the United States original jurisdiction in care of the district court of the United States at Illinois Concurrent with
## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Simeon Washa Amen Ra, Ex rel  )
SIMEON LEWIS                                )  Case No: 14-cv-08295
     Plaintiff,                              )
                         )  Honorable John Z. Lee
     vs                                    )
INTERNAL REVENUE SERVICE,    )  BOND
UNITED STATES                            )  RE 631 105 909 US
     Defendant, Respondent          )



**FILED**

JUN 07 2018

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

---

By special appearance and declaration

Greetings Honorable Judge John Z. Lee,

Now Comes Simeon Washa Amen Ra, Sui Juris in this matter and states the following:

It is my over standing that I am the grantor/beneficiary of a trust now established, trust is a special matter in a court of equity. I am stating that a trust is a variable in this case. If this is not a court of equity I respectfully request that this court deny or acknowledge it as so. If this is not a court of equity I want this matter to be seen in a court of equity by a chancellor so my rights of a trust are acknowledged. Does this court deny the trust?

if i do not receive a response from this honorable court i will accept by acquiescence that trust are a variable in this case and the Honorable Judge John Z. Lee (chancellor) will act as an advocate on my behalf. i also humbly require that this case be sealed and the rules of equity shall apply and so excluded from the public so that the documents I have attached will not be seen in or by the public.

Jurisdiction Governed by Article III § 2, Clause 1, of the Constitution for the united States of America.
Exclusive Equity, by authority of Judiciary Act of 1789 and the Act of August 23, 1842.
Proceeding governed by Maxims of Equity §§ 1-64 Gibson "Suits in Chancery" 1907.

*Special, Private, priority – IN CONFIDENCE*

1

i grant the court by special deposit the use of my name for future return of my interest. thank you for your time in advance, humbly submitted,

June 5, 2018

By Gmen ra, Simeon Washa

amen ra, simeon washa, , private American national/
private citizen/ grantee/beneficiary/Agent– without recourse

Attached:

1. Copy of Notice of Bonded Claim File No: #2018-121-8770-9

2. Newby v Enron Corp 2002

*SPCIAL AND PRIVATE*

# Newby v Enron 2002

## NEWBY v. ENRON CORPORATION

(S.D.Tex. 2002) 188 F. Supp.2d 684
MARK NEWBY, Plaintiff, v. ENRON CORPORATION, et al., Defendants.
AMALGAMATED BANK, Individually and On Behalf of All Others Similarly Situated,
Plaintiffs, v. KENNETH L. LAY, et al., Defendants.
CIVIL ACTION NO. H-OI -3624, (Consol. Securities Cases), No. 14-01-4198, (Member case)
United States District Court, S.D. Texas, Houston Division January 8, 2002

The Court held that the district court did not have the power to issue the injunction, [b]ecause such a remedy was historically unavailable from a court of equity" in a suit seeking money damages. Id. at 333. The Court held that **federal courts have the equity jurisdiction that was exercised by the English Court of Chancery "'at the time of the adoption of the Constitution and the enactment of the original Judiciary Act, 1789 (1 Stat. 73).'"** Id. at 31 8 (quoting DOBIE, HANDBOOK OF FEDERAL JURISDICTION AND PROCEDURE 660 (1928)).

The Court further noted that **regardless of the merger of the formerly separate courts of law and equity** by the Federal Rules of Civil Procedure; **"the substantive principles of Courts of Chancery remain unaffected."** Id. at 322 (quoting Stainback v. MO Hock KeLok Po, 336 U.S. 368, 382 n. 26 (1949)).

Some of the earliest writings on the equity jurisdiction of English courts emphasize the exclusive role of the equity courts over suits arising out of a breach of a fiduciary duty. "Three things are to be judged in a court of conscience; covin, accident and breach of confidence?'

"a special cause arising under the constitution and laws of the United States"

> 'district courts * 'federal courts'. They are saying chancery is in 'federal courts' to avoid telling you that chancery is NOT in district court under FRCP. In fact chancery is in 'the courts of the United States under Judicial Power under the 'former practice of supreme court rule 48.2, aka 1922 Federal Equity Practice Rules.





**SPECIAL DEPOSIT ONLY
ABSENCE OF ENDORSEMENT GUARANTEED
SIGNATURE GUARANTEED**

May 11, 2018

From: House of amen ra, simeon washa
c/o PO Box 199273., Chicago, Illinois union state

To: Dorothy Brown, Appointed Trustee
Richard J. Daley Center
50 W. Washington- Suite 1001
Chicago, IL 60602

## Notice of Lien and Appointment of Fiduciary Trustee
Non-UCC Bonded Claim File No: **2018-121-8770-9**

*Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent*

## STATEMENT OF CLAIM IN TRUST
**Trust Numbers 10-CH-040963, 14-CV-08295, 14-CV-07173/16-1444,
14-CV-07171, 07-D-0080461/C01055189**

BONDED CLAIM:

Re: Case Trust numbers: 10-CH-040963, 14-CV-08295, 14-CV-07173/**16-1444**,
14-CV-07171, 07-D-0080461/C01055189

*~ALL In TRUST~*

A Bonded claim in the form of a Superior Non- UCC Lien in the Lawful money of the united States of America is hereby placed by the Secured parties, the Grantor/Grantee/Sole beneficiary, on ALL of the above named cause/case/charges/Bonds including but not limited to ALL charges, warrants, claims, tickets and/or Bonds attached to said case/cause/charges plus ALL proceeds therefrom.

Furthermore, said claims are fully bonded by and through Silver Bullion Bond RE 631 105 909 US which is Registered and Recorded on file with the Kankakee County Illinois Recorder on 03/29/2018, File No: 201803013 as follows:

1. Case No in Trust: 10-CH-040963 is bonded in the amount of $700,000.00
2. Case No in Trust: 14-CV-08295 is bonded in the amount of $156,642.99

Special, Private Priority-IN CONFIDENCE

3. Case No in Trust: 14-CV-07173/16-1444 is bonded in the amount of $480,000.00
4. Case No in Trust: 14-CV-07171 is bonded in the amount of $1,200,000.00
5. Case No in Trust: 07D0080461/C01055189 is bonded in the amount of $79,200.00

## TRUST APPOINTMENTS:

TRUST NUMBERS: Case Trust numbers: 10-CH-040963, 14-CV-08295, 14-CV-07173/16-1444, 14-CV-07171, 07-D-0080461/C01055189

GRANTOR/SETTLOR: SIMEON WASHA AMENRA TR No: 98-6080337

TRUSTEE/ADMINISTRATOR APPT BY IRS FORM 56 for Case TR Nos: 10-CH-040963 and 07-D-0080461/C01055189: Dorothy Brown, Clerk and Steven Terner Munich as administrator

TRUSTEES/ADMINISTRATORS APPT BY IRS FORM 56 for Case TR Nos: 14-CV-08295, 14-CV-07173/16-1444 and 14-CV-07171: Thomas G. Bruton, Clerk and Steven Terner Mnuchin as administrator

GRANTEE/SOLE BENEFICIARY: amen ra, simeon washa-a private American National

POWER OF ATTORNEY for Grantee/Sole Beneficiary: Lashonda Holloway

INDEMNITOR: SILVER BULLION BOND NO: RE 631 105 909 US

## TRUST SECURITY AGREEMENT:

Any/all Party/ies whatsoever, having an interest or alleged claim in said Trust cause/charges/bonds/Warrants, and the proceeds therefrom, shall prove, by presenting un-refutable evidence to the secured parties-the Grantor/Grantee/Sole beneficiary, that their interest/charges/claim in this Trust cause be superior to the claim herein and the Silver Bullion Bond per the coinage act of 1792 and any claimant MUST present SUPERIOR bonds in the LAWFUL silver coinage of the united States of America as well as follow ALL THE terms in the FEE SCHEDULE attached to this claim.

ALL ACTIONS shall fall under TRUST LAW and furthermore the trustees/administrators shall be held under the following Maxims in Equity when administrating the trust:

- 1 Equity sees that as done what ought to be done
- 2 Equity will not suffer a wrong to be without a remedy
- 3 Equity delights in equality
- 4 One who seeks equity must do equity
- 5 Equity aids the vigilant, not those who slumber on their rights
- 6 Equity imputes an intent to fulfill an obligation
- 7 Equity acts *in personam* or persons
- 8 Equity abhors a forfeiture

- 9 Equity does not require an idle gesture
- 10 He who comes into equity must come with clean hands
- 11 Equity delights to do justice and not by halves
- 12 Equity will take jurisdiction to avoid a multiplicity of suits
- 13 Equity follows the law
- 14 Equity will not aid a volunteer
- 15 Where equities are equal, the law will prevail
- 16 Between equal equities the first in order of time shall prevail
- 17 Equity will not complete an imperfect gift
- 18 Equity will not allow a statute to be used as a cloak for fraud
- 19 Equity will not allow a trust to fail for want of a trustee
- 20 Equity regards the beneficiary as the true owner

**ORDER OF THE SECURITY AGREEMENT**. Upon presentment of any such instrument of liability or debt bearing the secured party/sole beneficiary's seal of acceptance **and/or** referencing the Bond or Bonds, and by end of business same day at the offices of the united States Department of the Treasury, any and all such Liabilities or Debts shall be discharged by and through the said private issue Silver Bullion Bond Registered No. RE631105909US *IN LAWFUL MONEY* Pursuant to 12 USC 411 and HJR 192. Also per the Coinage Act of April 2, 1792 *"And be it further enacted, That the money of account of the United States shall be expressed in dollars, or units, dismes or tenths, cents or hundredths, and the milles or thousandths, a disme being the tenth part of a dollar, a cent the hundredth part of a dollar, a mille the thousandth part of a dollar, and that all accounts in the public offices and all proceedings in the courts of the United States shall be kept and had in conformity to this regulation."* Any/All parties/persons in interest, SHALL conform to this Security Agreement and settle all liens with the Secured Party/sole beneficiary in Lawful Money prior to laying any claim or encumbrance thereon as well as any/all accrued fees as follows:

COLLATERAL:

A Bonded claim in the form of a Superior Non- UCC Agricultural Lien in the amount of sixteen million Dollars $16,000,000.00 in the Lawful money of the united States of America is hereby placed by the Secured parties and the Grantee(s)/Sole beneficiary(ies), on the following collateral and the above named case number 10-CH-040963, and real property having PIN: 20-27-107-025-000. The numbers include but are not limited to the  private real property commonly known as: 7236 South michigan Avenue, Chicago, Illinois union state Cook County and described as:
LOT 15 AND THE NORTH 8 FEET 4 INCHES OF LOT 16 IN BLOCK 5 IN D. S. SCULLY'S SUBDIVISION OF THE NORTHWAET ¼ OF SECTION 27, TOWNSHIO 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINIOS.
Furthermore, a  LAWFUL CLAIM as collateral is laid on the following points of the real land and all that is within these points which is included in the above named lien: Latitude - Longitude:
41.762649,-87.622051, Lat: 41° 45' 45.5364" Long: -87° 37' 19.383" Latitude - Longitude:
41.762706,-87.622392, Lat: 41° 45' 45.7416" Long: -87° 37' 20.6112" Latitude - Longitude:

41.762612,-87.622393, Lat: 41° 45' 45.4026" Long: -87° 37' 20.6148"Latitude - Longitude:
41.762709,-87.622085, Lat: 41° 45' 45.7524" Long: -87° 37' 19.5054" Latitude - Longitude:
41.762617,-87.62208, Lat: 41° 45' 45.4206" Long: -87° 37' 19.4874"
Latitude - Longitude: 41.762694,-87.621716, Lat: 41° 45' 45.6984" Long: -87° 37' 18.1776"
Latitude - Longitude: 41.762627,-87.621712, Lat: 41° 45' 45.4572" Long: -87° 37' 18.1632"

This also includes but is not limited to all buildings, fixtures, structures, apertures and any
other items on, above or under the land including THE LAND itself, the water and
everything below the land and the airspace above this land.

1. Case No: 10-CH-040963 is bonded in the amount of $700,000.00
2. Case No in Trust:14-CV-08295 is bonded in the amount of $156,642.99
3. Case No in Trust: 14-CV-07173/16-1444 is bonded in the amount of $480,000.00
4. Case No in Trust: 14-CV-07171 is bonded in the amount of $700,000.00
5. Case No in Trust: 07D0080461/C01055189 is bonded in the amount of $79,200.00

Furthermore, all of the herein named collateral is fully bonded by and through Silver
Bullion Bond RE 631 105 909 US which is Registered and Recorded on file with the
Kankakee County Illinois Recorder on 03/29/2018, File No: 201803013

FEE SCHEDULE:
The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees which falls
under the Universal Declaration of Human rights and Exclusive equity law and has been
instated by the Grantor/Grantee/Sole Beneficiary as Secured Party/ies for any business
conducted relevant to this schedule. Fees are due and MUST be paid before said business
can commence. In the event that invoicing becomes necessary, invoiced amounts are due
fifteen days after day of receipt. If said fees are not met, it is the right of the Secured
Party/ies to refuse or void any form of business interaction and/or transaction. Fees are
subject to change at any time without prior notice. Secured Party Creditor/s is/are the only
authorized personnel to alter, void, and/or enforce said fees and may do so at any time.

Private Easements Schedule

Penalty for Private Use  $250000.00

Public Easements Schedule

Penalty for Public Use $250000.00

These fees will be mandated upon the informant listed on the traffic citation ticket(s),
arrest warrants, detention orders, seizure orders. a.  Name $50000.00 b.  Drivers License
Number  $50000.00 c.  Social Security Number $100000.00  d.  Retinal Scans  $5000000.00
e.  Fingerprinting  $200000.00 f.  Photographing $200000.00      g.  DNA      $ 5000000.00
1.  Mouth swab $ 5000000.00   2.  Blood samples  $5000000.00 3.  Urine samples
$5000000.00   4.  Breathalyzer testing $ 5000000.00   5.  Hair samples $ 5000000.00 6.
Skin samples $ 5000000.00   7.  Clothing samples $ 5000000.008.  Forced giving of
fluids/samples $ 5000000.00  Issue Traffic citations and tickets of any traffic nature:      a.
Citations $ 60000.00 b. Warning issued on Paper Ticket $ 25000.00 Appearance in court

because of traffic citations: a. Time in court $ 75000.00/hr with 1 hour min. b. If Fine is imposed $ 500000.00     Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,  a. Agency by Estoppel $50000.00 b.     Color of Law $150000.00 c. Implied Color of Law $150000.00 d.Criminal Coercion $500000.00 e.criminal Contempt of court $ 500000.00 f. Estoppel by Election $350000.00 g. Estoppel by Laches $350000.00 h. Equitable Estoppel $500000.00 i. Fraud $1000000.00  j.Fraud upon the court $ 2000000.00 k. Larceny $ 250000.00 l.Grand Larceny $250000.00 m. Larceny by Extortion $1000000.00 n. Larceny by Trick $1000000.00 o. Obstruction of Justice $100000.00 p. Obtaining Property by False Pretenses $1000000.00 q. Simulating Legal Process $1000000.00 r. Vexatious Litigation $5000000.00 s. Trespass upon Motor Conveyance $100000.00 t. Unauthorized Relocation of Motor Conveyance $100000.00 u. Seizure of Motor Conveyance $100000.00 v. Theft of License Plate $10000.00 w. Unlawful Lien on Motor Conveyance $50000.00 Use of trade name protected material under threat, duress, and/ or coercion: a. Name written by the informant $250000.00     b. Driver's License written by informant $150000.00 c. Social Security Number written by informant $150000.00 d. Miscellaneous Material written by informant $500000.00 Produce any personal information/property for any kind of business interaction: a.   Financial Information $100000.00 b.   Property inside of motor vehicle $150000.00. Time Usage for traffic stops: a. 30 minutes  $5000.00/30 minutes minimum b.   60 minutes $10000.00 c.90 minutes $15000.00     Court Appearance Schedule. These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract. Demand for Appearance in court: a. My Appearance a. under protest and duress: $ 75000.00/hour  b. Voluntarily $ 10000.00/hour. Use of trade name material: Name  a. under protest and duress: $ 25000.00 b.     Voluntarily $10000.00 b. Drivers License  a. under protest and duress:     $ 25000.00  b. Voluntarily $10000.00 c.   Social Security Number a. under protest and duress: $ 25000.00  b. Voluntarily    $10000.00 d. Miscellaneous Material  $25000.00  e. Produce any personal information for any kind of business interaction: a. Financial Information $10000.00 b. Drivers License $10000.00   c. Social Security Number $250000.00  d. Any documents produced by me $10000.00 per document. Time usage for court appearances: a. 30 minutes a. Under Protest and Duress $ 33500.00 b. Voluntarily   $10000.00 c. 60 minutes $75000.00 d. Voluntarily $20000.00  b. 90 minutes or more  a. Under Protest and Duress $100500.00 b. Voluntarily $30000.00.

Transgressions Fee Schedule: Transgressions by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract:  a. Failure to honor God Given Rights under the Universal Declaration of Human Rights.  $20000.00   b. Failure to honor Oath of Office $50000.00 c. Failure to honor Constitutional Oath   $50000.00 d. Failure to honor Written and/or Oral Word  $ 5000.00  e. Silence/Dishonor/Default  $ 5000.00 f. Failure to honor /No Bond  $ 5000.00 g. Phone call to telephone number used by Secured Party including from alleged debt collectors  $ 5000.00 each  h. Telephone message left on Secured Party phone. Service or equipment $ 5000.00 each  i. Use of Street Address/Mailing location of Secured Party   $ 5000.00 each j. Time Waiting for Scheduled Service  $1000.00 Minimum or per hour k. Detention from Free Movement and/or cuffed $75000.00 Minimum or per hour l. Incarceration  $75000.00 Minimum or per hour  m. Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations  $ 50000.00  n. Failure to State a

Claim upon which Relief Can Be Granted $250000.00   o. Failure to Present a Living Injured Party $100000.00  p. Failure to Provide Contract Signed by the Parties $100000.00* q. Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request $100000.00*   r.Default By Non Response or Incomplete Response $100000.00* s. Fraud $1000000.00* t. Racketeering $1000000.00* u. Theft of Public Funds $1000000.00* v. Dishonor in Commerce $1000000.00* w. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein $1000000.00** x. Perverting of Justice Judgment $ 1000000.00* y. Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) $50000.00 Each w. Forcing psychiatric evaluations        $500000.00 per day x. Refusal to provide adequate and proper nutrition while incarcerated $50000.00 per day y. Refusal to provide proper exercise while incarcerated $50000.00 per day  z. Refusal to provide proper dental care while Incarcerated $50000.00 per day aa. Forced giving of body fluids $5000000.00  per day bb. Forced injections/inoculations, vaccines $5000000.00  per day cc. Forced separation from marriage contract $160000.00  per day dd. Confiscation/kidnapping of a body not a US Citizen $1600000.00 per day  ee. Corporate State continuing a mortgage for more Than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large $1600000.00 per day Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation  $ 6000000.00 per count or charge ff. Attempted extortion of signature $6000000.00 per count or charge  gg. Attempted forgery of signature $6000000.00 per count or charge, ee. Seizure of real property of secured party/ies $6000000.00 per day, ff. Forceful eviction from home and land $6000000.00 per day, gg. Separation of child from parents or separation of family $6000000.00 per day

*Per Occurrence and Includes any/all Third Party Defendant/Debtors

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

### LIST OF CORRESPONDENCE AND OTHER DOCUMENTS ON WHICH THE INJURED PARTY WILL RELY AT TRIAL AS CLAIMANT

|   | Document | Date | Description |
|---|---|---|---|
| 1 | e.g. Non-UCC Claim | 26 April 2018 | Private Non-UCC Bonded Claim |
| 2 | e.g. Silver Bullion | 18 March 2018 | Silver Bullion Bond Backing Claim |

| | Bond | | RE631105909US |
|---|---|---|---|
| Etc | | | |

(A) IF ANY CLAIMANT/DEBTOR DISPUTES THE CLAIM and wish to defend the proceedings, then they must send by post, to the grantee/beneficiary/secured party at the address for service at General PO Box 199273, Chicago, Illinois state, proof of their superior bonded claim not later than 10 days after the service date they receive this claim notice, and at the same time file a copy and proof of their Valid lawful Money claim that is superior to this counterclaim with the Trustees/Clerk listed as administer for the trusts:

TRUSTEE/ADMINISTRATOR APPT BY IRS FORM 56 for Case TR Nos: 10-CH-040963 and 07-D-0080461/C01055189: Dorothy Brown, Clerk of the Circuit Court, Richard J. Daley Center, Room 1001, 50 West Washington Street, Chicago, Illinois 60602

TRUSTEE/ADMINISTRATOR APPT BY IRS FORM 56 for Case TR Nos: 14-CV-08295, 14-CV-07173/16-1444 and 14-CV-07171: Thomas G. Bruton, Clerk for United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 (Cook County NOTE: The clerks SHALL contact the Fiduciary Steven Terner Mnuchin to administer the case trusts at 1500 Pennsylvania Ave., NW, Washington, D.C. 20220.

(B) IF ANY CLAIMANT/DEBTOR PAY THE AMOUNT of the accrued fees per the FEE SCHEDULE, that are due from all past violations to the grantee/sole beneficiary, PLUS all accrued court costs, bails, bonds AND PROCEEDS THEREFROM etc. within ten days you may avoid further costs.

NOTE: IF ANY CLAIMANT/DEBTOR DO NOT ACT IN ACCORDANCE WITH (A) OR (B) ABOVE they will be held to have admitted the superior claim and the grantee/beneficiary shall take any further legal/lawful actions necessary to protect their interests.

ANY/ALL responses outside the above listed requirements and times, will be considered NON-RESPONSES.

Respectfully submitted without recourse,

Dated this __11__ day of May, two thousand eighteen.

By: _amen ra, Simeon Washa_
amen ra, simeon washa – grantee/beneficiary
With express reservation of all rights-without recourse.

ATTACHMENTS:

1. Certificate of Service
2. Non-UCC Certified search Report
3. Copy of Recorded Silver Bullion Bond
4. IRS Forms 56

**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

SIMEON WASHA AMEN RA TR
SIMEON WASHA AMEN RA TR

AL HARAM  ZZ

.

**Search number:**   2018-121-5057-4S

**Name as provided:**

Organization:   STATE OF ILLINOIS (Debtor)

**Name searched:**

Organization:   STATEOFILLLINOIS

| | |
|---|---|
| **Lien type searched:** | All |
| **Lien status searched:** | All |
| **Search limited by:** | File Numbers Searched: 2018-121-8770-9 |
| **Search logic used:** | Standard |

| | |
|---|---|
| **Report:** | 5/1/2018 6:45:43 AM |
| **Through date:** | 4/29/2018 |

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.

_Pat Kohler_

**Pat Kohler, Director, Department of Licensing**

Initial Financing Statement File Number: 2018-121-8770-9
Date and time filed: 5/1/2018 6:42:00 AM
Lapse date: 05/01/2023

(D)     STATE OF ILLINOIS
        69 W Washington
        Chicago, IL      USA

(D)     Foxx, Kimberly M,
        69 W Washington
        Chicago, IL      USA

(D)     NATIONSTAR MORTGAGE, LLC/MR COOPER-Debtor
        8950 Cypress Waters Blvd
        Coppell, TX      USA

(D)     Codilis, Earnest J,
        15W030 North Frontage Road, Ste 100
        Burr Ridge, IL      USA

(D)     Codilis & Associates, P.C.
        15W030 North Frontage Road, Ste 100
        Burr Ridge, IL      USA

(D)     INTERNAL REVENUE SERVICE
        1111 Constitution Avenue, NW
        Washington, DC      USA

(D)     Koshinen, John,
        1111 Constitution Avenue, NW
        Washington, DC      USA

(D)     US DEPARTMENT OF JUSTICE
        PO Box 55
        Washington, DC      USA

(D)     Sarnell, Bradley A,

        Washington, DC      USA

(D)     BNSF RAILWAY
        3611 West 38th St
        Chicago, IL      USA

(D)     Stadheim, Hannah,
        3611 West 38th St
        Chicago, IL      USA

(D)     Rose, Matthew, K
        2650 Lou Menk Drive
        Fort Worth, TX      USA

(D)     Case No in Trust: 10-CH-040963

Richard J Daley Center, 50 West Washington St.
       Chicago, IL     USA

(D)     Case No in Trust: C01055189
       Richard J Daley Center, 50 West Washington St.
       Chicago, IL     USA

(D)     Case No in Trust:14-CV-08295
       Everett M Dirkson United States Court, 219 S Dearborn Street
       Chicago, IL     USA

(D)     Case No in Trust: 14-CV-07173
       Everett M Dirkson United States Court, 219 S Dearborn Street
       Chicago, IL     USA

(D)     Case No in Trust: 14-CV-07171
       Everett M Dirkson United States Court, 219 S Dearborn Street
       Chicago, IL     USA

(D)     Silver Bullion Bond # RE631105909US
       -INDEMNITOR
       unincorporated,    ZZ

(D)     Brown, Dorothy, -Appointed Trustee per IRS Form 56
       Clerk of the Circuit Court, Richard J. Daley Center, Room 1001, 50 West Wash
Street
       Chicago, IL     USA

(D)     Burton, Thomas G, -Appointed Trustee per IRS Form 56
       Everett M Dirkson United States Court, 219 S Dearborn Street
       Chicago, IL     USA

(D)     Mnuchin, Steven Terner, -Appointed Trustee to administer the trusts per
IRS Form 56
       1500 Pennsylvania Ave., N.W.
       Washington, DC     USA

(D)     Groble, Raymond and Daley Mohan,
       55 West Monroe, Ste 1600
       Chicago, IL     USA

(S)     SIMEON WASHA AMEN RA TR
       -Grantor/Settlor
       unincorporated,    ZZ

(S)     amen ra, simeon washa, -private american national
       -grantee/beneficiary
       unincorporated,    ZZ

(S)     Holloway, Lashonda,
       -power of attorney for secured parties
       unincorporated,    ZZ

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 5/1/2018 6:42:00 AM | 2018-121-8770-9 | 1 |

       **2018-121-5057-4S**

Form **56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| SIMEON WASHA AMENRA, Ex Rel SIMEON LEWIS- Federal TTEE & Public Office | 319621545 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**7236 S. MICHIGAN AVE**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**CHICAGO, ILLINOIS**

Fiduciary's name

**Simeon Washa Amen Ra**

Address of fiduciary (number, street, and room or suite no.)

**7236 South Michigan Avenue**

City or town, state, and ZIP code

**Chicago, Illinois union state, non-domestic/non-assumpsit**

Telephone number (optional)
(    )

### Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:

**a** ☑ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☐ Valid trust instrument and amendments

**e** ☐ Bankruptcy or assignment for the benefit or creditors

**f** ☐ Other. Describe ▶ <u>all deceptive private law documents and commercial fraud and perfidy of Form SS5</u>

**2a** If box 1a or 1b is checked, enter the date of death ▶ <u>11/01/1970</u>

**b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment
☐ Excise ☑ Other (describe) ▶ <u>all listed pursuant to Title 31 U.S.C. Sec. 321</u>

**4** Federal tax form number (check all that apply): **a**☐ 706 series **b**☐ 709 **c**☐ 940 **d**☐ 941, 943, 944
**e**☑ 1040, 1040-A, or 1040-EZ **f**☑ 1041 **g**☐ 1120 **h**☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

**6** If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2015)

**Part II**     **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

**7**     Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐   Court order revoking fiduciary authority

**b**   ☐   Certificate of dissolution or termination of a business entity

**c**   ☑   Other. Describe ▶   Simeon Washa Amen Ra, ex rel Simeon Lewis has no fiduciary agreements with the STATE/ UNITED STATES

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  .  .  .  .  .  ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
▶   --------------------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**     Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☑
▶   Thomas G. Bruton, Clerk for United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604

**Part III**     **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| Everette M Dirkson United States Courthouse | | | 10/22/2014-09/16/2014- 09/16/2014 | |
| Address of court | | | Docket number of proceeding | |
| 219 South Dearborn Street | | | 14-CV-08295, 14-CV-07173 and 14-CV-07171 | |
| City or town, state, and ZIP code | Date | Time ☐ a.m. | | Place of other proceedings |
| Chicago, Illinois 60604 | | ☐ p.m. | | |

**Part IV**     **Signature**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please
Sign
Here
▶   _amen ra, Simeon Washa_                                                    _May 14, 2018_
        Fiduciary's signature                          Title, if applicable              Date

Form **56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| SIMEON WASHA AMENRA, Ex Rel SIMEON LEWIS- Federal TTEE & Public Office | 319621545 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**7236 S. MICHIGAN AVE**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**CHICAGO, ILLINOIS**

Fiduciary's name

**Simeon Washa Amen Ra**

Address of fiduciary (number, street, and room or suite no.)

**7236 South Michigan Avenue**

City or town, state, and ZIP code

**Chicago, Illinois union state, non-domestic/non-assumpsit**

Telephone number (optional)
(          )

## Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:
a  ☑  Court appointment of testate estate (valid will exists)
b  ☐  Court appointment of intestate estate (no valid will exists)
c  ☐  Court appointment as guardian or conservator
d  ☐  Valid trust instrument and amendments
e  ☐  Bankruptcy or assignment for the benefit or creditors
f  ☐  Other. Describe ▶  all deceptive private law documents and commercial fraud and perfidy of Form SS5
2a    If box 1a or 1b is checked, enter the date of death ▶  11/01/1970
b    If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☑ Other (describe) ▶  all listed pursuant to Title 31 U.S.C. Sec. 321

4    Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
e☑ 1040, 1040-A, or 1040-EZ  f☑ 1041  g☐ 1120  h☐ Other (list) ▶

5    If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

6    If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box  . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**Part II**    **Revocation or Termination of Notice**

Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:
a    ☐ Court order revoking fiduciary authority
b    ☐ Certificate of dissolution or termination of a business entity
c    ☑ Other. Describe ▶ <u>Simeon Washa Amen Ra, ex rel Simeon Lewis has no fiduciary agreements with the STATE/ UNITED STATES</u>

Section B—Partial Revocation

8a    Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
      for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐
b     Specify to whom granted, date, and address, including ZIP code.
      ▶ -----------------------------------------------------------------------------------------------------

Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☑
     ▶ **Steven Mnuchin, United States Secretary of the Treasury 1500 Pennsylvania Ave NW, Washington D.C. 20220**

**Part III**    **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
| --- | --- | --- |
| **Everette M Dirkson United States Courthouse** | | **10/22/2014-09/16/2014- 09/16/2014** |
| Address of court | | Docket number of proceeding |
| **219 South Dearborn Street** | | **14-CV-08295, 14-CV-07173 and 14-CV-07171** |
| City or town, state, and ZIP code | Date | Time ☐ a.m.   Place of other proceedings |
| **Chicago, Illinois 60604** | | ☐ p.m. |

**Part IV**    **Signature**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please
Sign
Here

 Amen Ra, Simeon Washa _____          May 14, 2018
     Fiduciary's signature                          Title, if applicable          Date

Form **56** (Rev. 12-2015)



GRANTOR: amen ra, simeon washa
GRANTEE: To whom it may concern

REGISTERED
RE 631 105 909 US

# LETTER OF INDEMNITY
## And Declaration of Solvency
with
LAWFUL CONSIDERATION

March 2018

Re: **Proof of financial indemnity by and through**
**SILVER BULLION BOND # RE631105909US**
**as registered through the UPU.**

To all whom these presents shall come, greetings,
Please find enclosed herein the Original SILVER BULLION BOND #
RE631105909US which is held on file by the grantee/beneficiary/freeholder, a
living man who is fully solvent and known as simeon washa of the house of Amen
ra.

For and in lawful consideration of sum certain *twenty-one dollars* pre-1933
united states of America Silver Dollars in lawful currency in hand held by and
through the silver bullion bond # RE631105909US thereof well and truly paid,
tendered and returned by grantee/beneficiary, simeon washa of the house of
Amen ra, a private American national of the union states of American and
privately residing on the land known as Illinois state of the union within a non-
military occupied private estate, outside a "Federal zone" and not subject to the
jurisdiction of the "UNITED STATES"

This Lawful Consideration fully extinguishes the inferior right of a negotiable
instrument endorsed in blank by legal fictions for full de-recognition and
extinguishment of any and all liabilities, suites, debts, charges, warrants and
encumbrances, all suretyship, obligations, oaths, expressed or implied for the
following fully solvent parties; "Simeon Washa Amen Ra" *et al*, any individual
from the House of Simeon Washa Amen Ra, including but not limited to his
family, spouse, posterity and/or other party/ies requiring Bonding, surety or
liability coverage, along with any/all liabilities, debts, liens, levies, charges and
other encumbrances or forbearances, but excluding assets, funds, interest
escheat, legacy or their transmutations

by: *Amen ra, Simeon Washa*

amen ra, simeon washa, private American national,
Grantee/ Beneficiary- without recourse

**Attached:**
1. Silver Bullion Bond Copy
#RE 631105909 US

*original special private issue*

REGISTERED
RE 631 105 909 US

21 pre-1933 one
dollar silver coins

REGISTERED
RE 631 105 909 US

*Red Fox*

USA $1

One-dollar
postage stamp

*Amen*

# Silver Bullion Bond

**Original Issue Date:**
18 March 2018

*For Lawful Consideration*

**Expiration Date:**
17 March 2048

The twenty-one pre-1933 one dollar .999 pure silver coins are held in perpetuity until returned
or claimed in full or in part and all is held by custodian in escrow

*KNOW ALL MEN BY THESE PRESENTS,*

Comes now, simeon washa of the house of amen Ra, being the grantee/beneficiary, fully
solvent and a freeholder on the land, a private American national of the union states of
America privately residing on the land known as Illinois state of the union within a non-
military occupied private estate, outside a "Federal zone" and not subject to the jurisdiction
of the "UNITED STATES" and holding in his possession for and in lawful consideration of
sum certain *twenty-one dollars*, pre-1933 .999 silver coins of lawful currency in hand held and
one cancelled one dollar postage stamp of the country the united States of America and of the
general post office thereof well and truly paid, tendered and returned by grantee through the
Silver Bullion Bond #RE 631105909 US being hereby duly recorded on file at Cook county,
Illinois state of the union.

This Lawful Consideration fully extinguishes the inferior right of a negotiable instrument
endorsed in blank by legal fictions for full de-recognition and extinguishment of any and all
liabilities, suites, debts, charges, warrants and encumbrances, all suretyship, obligations,
oaths, expressed or implied for "Simeon Washa AmenRa" *et al*, any individual from the
House of AmenRa, including but not limited to spouse, posterity and/or other party/ies
requiring Bonding, surety or liability coverage, along with any/all liabilities, debts, liens,
levies, charges and other encumbrances or forbearances, but excluding assets, funds, interest
escheat, legacy or their transmutations.

This instrument was subscribed to this 18 day of March two-thousand eighteen.

By _amen ra, simeon Washa_                                      mark and impression

**amen ra, simeon washa, private American national,**
**grantee/beneficiary -without recourse**

## Notary Acknowledgment

| | |
|---|---|
| The Declaration of independence at Large 4 july 1776 } | |
| The United States of America at Large 15 December 1791 } | |
| Illinois state at Large 3 December 1818 } | Scribes and Affirms |
| Cook county at Large 15 January 1831 } | |

This instrument was acknowledged before me on this 18 day of March, 2018 by amen ra, simeon
washa.

Notary _nema akhu El_

(SEAL)

OFFICIAL SEAL
NEMA AKHU EL
Notary Public · State of Illinois
My Commission Expires Jun 23, 2018

**notary witness of fact**

i, _NEMA AKHU EL_ a notary, do
hereby declare that i have witnessed and physically counted
and affirmed the twenty-one one dollar pre-nineteen thirty-
three silver bullion coin presented before me by the custodian
of said silver bullion coins.

_nema akhu El_

notary witness

631105909

# Silver Bullion Bond

**REGISTERED**
RE 631 105 909 US

accepted and returned for value
with full solvency by and through
lawful consideration.

By: grantee/beneficiary:

*amen ra, Simeon Washa*

amen ra, simeon washa, a private
American national of the union states of
America

## Certificate and Proof of Service by USPS Mail

Comes now, _Nema AKhu:EL_____, the undersigned, being of sound mind and under no duress, and does hereby certify, attest and affirm that the following facts are true and correct to wit:

On June _5_, 2018 on behalf of amen ra, simeon washa, the undersigned served by USPS mail, the following documents on the parties listed below to wit:
<u>Notice of Lien and Appointment of Fiduciary Trustee</u>

One complete set of the documents as described above properly enveloped and addressed and mailed to the addressees as follows:

H. Everett McKinley Dirksen U.S. Courthouse    Mail # _RE 024 158 255 US_
     Honorable Judge John Z. Lee
     219 South Dearborn Street, RM 1262
     Chicago, IL 60604

I. Everett McKinley Dirksen U.S. Courthouse    Mail # _RE 024 158 269 US_
     Honorable Judge John J. Tharp Jr.
     219 South Dearborn Street, RM 1478
     Chicago, IL 60604

2. That I am at least 18 years of age.
3. I Declare by penalty of perjury for the laws of Illinois union state that the Foregoing is true and correct.

           By: _nema akhu:El_____

                 -third party without recourse-